UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
5:18-CR-00364D-003

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES MCALEXANDER | ) | |

On motion of the Defendant, Charles McAlexander, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry 216 be sealed by this Court.

Accordingly, it is ORDERED that Docket Entry 216 be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This the 11 day of October, 2020.

The Honorable James C. Dever III
United States District Judge